# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHANE BROOKS, | ) | |
| Plaintiff, | ) | 2:12-cv-00119-JCM-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Set Forth Discovery Order (#6), filed June 12, 2012.

By way of this motion, Plaintiff requests that the Court enter a discovery order. In its screening order (#2), the Court indicated that a scheduling order would issue after the filing of an answer. Assuming the Attorney General accepts service of process for any named defendant, the earliest an answer would be due is August 13, 2012. *See* Order (#7) at ¶ 7. Consequently, Plaintiff's request for a scheduling order is premature. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Forth Discovery Order (#6) is **denied**.

Dated this 21st day of June, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26