UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHANE BROOKS, | ) | |
| Plaintiff, | ) | 2:12-cv-00119-JCM-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion for Enlargement of Time (#12), filed August 13, 2012.

By way of this motion, Defendants request an extension of time to file their responsive pleading. Defendants assert that the extension is necessary because of staffing problems at the Nevada Attorney General's Office and potential that the case might be resolved by settlement. Pursuant to Rule 6(b), the Court finds that there is good cause for the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Enlargement of Time (#12) is **granted**. Defendants responsive pleading is due on or before August 27, 2012.

Dated this 14th day of August, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge